UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:17-CR-35-6D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER GRANTING MOTION TO SEAL** |
| | ) | |
| KEVIN DWAYNE REVELS | ) | |
| Defendant | ) | |

THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that Defendant's character letters and supporting documents be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's character letters and supporting documents.

This **14** day of November 2018.

HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE